## Commonwealth v. Cherry, Appellant.

Argued March 20, 1967. *Leonard Packel,* Assistant Defender, with him *Dennis T. Kelly* and *Melvin Dildine,* Assistant Defenders, *Martin Vinikoor,* First Asistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Welsh S. White,* Assistant District Attorney, with him *Nicholas Sellers* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Clark, Appellant.

Argued April 10, 1967. *Caram J. Abood,* Public Defender, for appellant; *Blair V. Pawlowski,* Assistant District Attorney, with him *Thomas A. Swope, Jr.,* Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Order affirmed.